UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| PAUL DEL PRIORE, | ) | Civil Action No. 5:20-cv-03768-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on Defendant's Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). ECF No. 17. Plaintiff, through counsel, concurs with the motion. Defendant's Motion is *granted*. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council is to refer the case to an administrative law judge for further evaluation, offer the claimant the opportunity for a hearing, and issue a new decision.

IT IS SO ORDERED.

June 22, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge