# UNITED STATES DISTRICT COURT

## for the

### District of South Carolina

| | |
|---|---|
| Paul Del Priore | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.    5:20-cv-3768-KDW |
| Commissioner of the Social Security Administration | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: This case is remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Kaymani D. West,  United States Magistrate Judge, who granted Defendant's Motion to Remand.


Date:     June 22, 2021

ROBIN L. BLUME
*CLERK OF COURT*


s/ Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*