UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| PAUL DEL PRIORE, | ) | Civil Action No. 5:20-cv-03768-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Attorney Fees and Expenses under the Equal Access to Justice Act ("EAJA"), in the amount of Seven Thousand and 0/100 Cents ($7,000.00), expenses in the amount of Four Hundred Dollars and 00/100 Cents ($400.00) under 28 U.S.C. § 2412(a), (d) of the EAJA. ECF No. 21. In the Acting Commissioner's Response she indicates she does not object to the requested amount of EAJA attorney fees and expenses sought, ECF No. 22. Plaintiff's Motion is *granted* in accordance with the terms of this order.

It is hereby, ORDERED that Plaintiff, Paul Del Priore, is awarded attorneys fees in the amount of Seven Thousand Dollars and 00/100 Cents ($7,000.00) and costs in the amount of Four Hundred Dollars and 00/100 Cents ($400.00) under 28 U.S.C. § 2412(a), (d) of the EAJA. These attorneys fees will be paid directly to Plaintiff, Paul Del Priore, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

October 7, 2021  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge